**Order entered August 14, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01430-CR
No. 05-12-01603-CR

**NAKIA LASHUAN FRANKLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81048-2008, 416-81072-2012**

## ORDER

On July 5, 2013, this Court struck the *Anders* brief filed by counsel. We further ordered court reporter Susan Maienschein, as official court reporter of the 416th Judicial District Court, to file, within thirty days, either: the reporter's record of the June 19, 2008 guilty plea hearing and any hearings on the modifications of appellant's community supervision; or (2) written verification that the June 19, 2008 hearing and/or any modification hearings were not recorded. To date, Ms. Maienschein has filed neither the reporter's record nor written verification that the hearings were not recorded. The appeals cannot proceed until the issue of the reporter's record is resolved.

Accordingly, we **ORDER** the trial court to make findings regarding the following:

- Whether the June 19, 2008 hearing and any modification hearings were recorded. If the hearings were not recorded, the trial court shall make a finding to that effect.

- If the hearings were recorded, the name and contact information of the court reporter(s) who recorded the hearings.

- Whether the notes of the hearings are available and can be transcribed and, if so, the date by which the record will be filed.

- If the notes are not available or cannot be transcribed, whether appellant is at fault for the loss or destruction of the notes and whether the parties can agree on a substituted record.

We **ORDER** the trial court to transmit a record containing the written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Chris Oldner, Presiding Judge, 416th Judicial District Court, and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received.


/s/    LANA MYERS
         JUSTICE